# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ORDER ON PRETRIAL DEADLINES

Unless otherwise ordered by the Judge to whom this is case is assigned, the parties shall adhere to the following deadlines:

(a) In accordance with the United States District Court for the District of Connecticut Local Rules of Civil Procedure (D. Conn. L. Civ. R. 26(f), within thirty (30) days of the appearance of a defendant, the parties shall confer for the purposes described in the Federal Rules of Civil Procedure (Fed. R.Civ. P.) 26(f). Within ten (10) days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to D. Conn. L. Civ. R.

(b) All motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within sixty (60) days after filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District.

(c) All motions to dismiss based on the pleadings shall be filed within ninety (90) days after the date the complaint was filed, a petition for removal is filed, or the transfer of an action from another District or court. The filing of a motion to dismiss shall not result in the stay of discovery or extend the time for completing discovery.

(d) Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) but parties may commence formal discovery immediately thereafter prior to the entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). Informal discovery by agreement of the parties is encouraged and may commence at anytime. Unless otherwise ordered, discovery shall be completed within six (6) months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District or court, whichever is earliest.

(e) Before a party files a motion to dismiss or a motion for summary judgment, the court will conduct a prefiling conference. A party wishing to file such a motion must submit a letter to Chambers requesting a prefiling conference and briefly describing the nature and basis of the proposed motion. The letter must be submitted no later than forty-five (45) days before the discovery deadline. Failure to request a prefiling conference will result in the waiver of the right to file a motion. Except in cases involving *pro se* parties, no request for a pre-filing conference may be submitted unless the attorney making the request has conferred with other counsel of record and discussed the proposed motion in a good faith effort to clarify the issues, eliminate or reduce the areas of controversy and arrive at a mutually satisfactory resolution. Cf. D. Conn. L. Civ. R. 37(a) (requiring counsel to confer before filing motions relating to discovery disputes). Except in cases involving *pro se* parties, any request for a prefiling conference must include a statement that the attorney submitting the request has conferred with other counsel and must briefly describe the results of the conference.

(f) In accordance with Fed. R. Civ. P. 16(b), motions for modification of the dates set forth in the scheduling order issued pursuant to the parties' 26(f) report. Such motions to modify must be made by written motion filed not later than five (5) days prior to the earliest date sought to be modified. A courtesy hard copy must be filed with chambers. Motions to modify will not be granted absent good cause shown in the motion. This standard requires a particularized showing that the scheduling order could not be complied with despite due diligence of the party seeking the modification. See Local D. Conn. L. Civ. R. 16(b).

(g) Unless otherwise ordered, all motions for summary judgment shall be filed within seven (7) months after the filing of the complaint, the filing of a petition for removal, or the date of transfer from another District.

      Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits by the same number of days.

      Counsel for plaintiff or removing defendant shall be responsible for serving a copy of this order on all parties to the action.

                                 By Order of the Court
                                 Kevin F. Rowe, Clerk

_____

This Order is issued pursuant to the Standing Order on Scheduling In Civil Cases, which appears in the Appendix to the Local Civil Rules.

*(Rev. 5/21/07 VLB)*