

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ,<br>an individual<br><br>Plaintiff,<br><br>v.<br><br>THE FERGUSON LIBRARY<br>a division of the City of Stamford, and<br>ERNEST DIMATTIA,<br>the President in his Official Position<br><br>Defendants | CASE NUMBER:<br>**307CV01212 VLB**<br>AUGUST 7, 2007 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff, JOSE ERNESTO MARTINEZ

THE PLAINTIFF, JOSE ERNESTO MARTINEZ

By: _____
Bar Number: ct22510
KU & MUSSMAN, P.A.
Ioannis A. Kaloidis, of Counsel
141 East Main Street, P.O. Box 2242
Waterbury, Connecticut  06722-2242
Phone No. (203) 573-1411
Facsimile No. (203) 757-9313
Email Address: jkaloidis@moynahanlawfirm.com