AO 440(Rev 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | 8/24/2007 |
|---|---|
| NAME OF SERVER (PRINT)<br>N. E. Nikola | TITLE<br>Connecticut State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned Unexecuted: _____

▪ Other (specify):
IN HAND:   Odette Richards, Assistant City Clerk authorized to accept service for The within named defendant The City of Stamford at 800 Washington Blvd, Stamford.
Odette Richards, Assistant City Clerk and authorized to accept service for Ernest DiMattia, Employee of the City of Stamford for the within named defendant The Ferguson Library at 800 Washington Blvd, Stamford.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on
8/24/2007

Signature of server
N. E. Nikola
State Marshal
PO Box 5797
Bridgeport, CT 06610

1   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, an individual, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE FERGUSON LIBRARY a division of the City of Stamford, and ERNEST DIMATTIA, the President in his Official Position )<br><br>Defendants. ) | SUMMONS IN A CIVIL CASE<br>CASE NUMBER:<br><br>307CV01212 VLB |

To: (Name and address of defendant)

**Ernest DiMattia, The Ferguson Library, 1 Public Library Plaza, Stamford, CT 06904.**

By Serving:
**Ernest DiMattia
The Ferguson Library
1 Public Library Plaza
Stamford, CT 06904**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

KU & MUSSMAN, P.A.
Ioannis A. Kaloidis, Esq.
Bar Number: ct22510
Of Counsel
141 Main Street
P.O. Box 2242
Waterbury, CT 06722
Tel: (203) 573-1411
Fax: (203) 757-9313
jkaloidis@moynahanlawfirm.com

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
Clerk

_____
(By) Deputy Clerk

AUG 0 9 2007
_____
Date