AO 440(Rev.10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | 1 | 8/24/2007 |
|---|---|---|

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| N. E. Nikola | Connecticut State Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned Unexecuted:

☒ Other (specify):
IN HAND: Odette Richards, Assistant City Clerk authorized to accept service for The within named defendant The City of Stamford at 800 Washington Blvd, Stamford.
Odette Richards, Assistant City Clerk and authorized to accept service for Ernest DiMattia, Employee of the City of Stamford for the within named defendant The Ferguson Library at 800 Washington Blvd, Stamford.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/24/2007

Signature of server

N. E. Nikola
State Marshal
PO Box 5797
Bridgeport, CT 06610

1   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Martinez v. Ferguson Library et al   Doc. 7
Dockets.Justia.com

# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ,<br>an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>THE FERGUSON LIBRARY<br>a division of the City of Stamford, and<br>ERNEST DIMATTIA,<br>the President in his Official Position<br><br>  Defendants. | SUMMONS IN A CIVIL CASE<br>CASE NUMBER:<br><br>**307CV01212VLB** |

To: (Name and address of defendant)

   Th e Ferguson Library, 1 Public Library Plaza, Stamford, CT 06904.

By Serving:
   **Ernest DiMattia**
   **The Ferguson Library**
   **1 Public Library Plaza**
   **Stamford, CT 06904**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

   KU & MUSSMAN, P.A.
   Ioannis A. Kaloidis, Esq.
   Bar Number: ct22510
   Of Counsel
   141 Main Street
   P.O. Box 2242
   Waterbury, CT 06722
   Tel: (203) 573-1411
   Fax: (203) 757-9313
   jkaloidis@moynahanlawfirm.com

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**KEVIN F. ROWE**                                    AUG 0 9 2007
Clerk                                                  Date
(By) Deputy Clerk