UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ERNESTO MARTINEZ, | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:07-CV-01212 (VLB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE FERGUSON LIBRARY | : | |
| a division of the City of Stamford, and | : | |
| ERNEST DIMATTIA, | : | |
| the President in his Official Position, | : | |
| | : | |
| Defendants. | : | SEPTEMBER 14, 2007 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7 (b) of the Federal Rules of Civil Procedure, the Defendants, by and through their undersigned counsel, request an extension of time of thirty (30) days to up to and including October 15, 2007, to file its responsive pleading. The undersigned requires this additional time to prepare a sufficient response. The case was referred to our office on September 13, 2007.

This is the Defendants first request for an enlargement of time regarding this deadline. Plaintiff's counsel was contacted as to his position regarding this extension of time, however was unavailable.

WHEREFORE, Defendant requests that this motion be granted and that the Court award such other and further relief that it deems just and proper.

Done at Bridgeport, Connecticut, this 14th day of September, 2007.

/s/_____
Christopher M. Hodgson (ct00574)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 337-8242
Fax: (203) 384-0317
Email: chodgson@durantnic.com

Attorneys for Defendants

## CERTIFICATION

This shall certify that a copy of the foregoing motion was caused to be served via electronic mail upon the following counsel of record and pro se parties of record on this 14th day of September, 2007.

   Ioannis A. Kaloidis, Esq.
   Moynahan & Minnella
   141 East Main Street
   P.O. Box 2242
   Waterbury, CT  06722-2242
   jkaloidis@moynahanlawfirm.com

                                        /s/_____
                                        Christopher M. Hodgson

P:\lit\CMH\999999\001\00063182.DOC