UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, : | |
| : | CIVIL ACTION NO. |
| : | 3:07-CV-01212 (VLB) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| THE FERGUSON LIBRARY : | |
| a division of the City of Stamford, and : | |
| ERNEST DIMATTIA, : | |
| the President in his Official Position, : | |
| : | |
| Defendants. : | SEPTEMBER 27, 2007 |

## APPEARANCE

**PLEASE TAKE NOTICE**; that, pursuant to Rule 5(a) of the Local Rules of Civil Procedure, the undersigned appears for the **DEFENDANTS,** The Ferguson Library and Ernest DiMattia, and request that all notices be given to, and served upon, the undersigned at the office and telephone number set forth below.

Dockets.Justia.com

Done at Bridgeport, Connecticut, this 27th day of September, 2007.

/s/_____
Michel Bayonne (ct24628)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
Email: mbayonne@durantnic.com

Attorneys for Defendants

## **CERTIFICATION**

This shall certify that a copy of the foregoing Appearance was caused to be served via electronic mail upon the following counsel of record and pro se parties of record on this 27th day of September, 2007.

>Ioannis A. Kaloidis, Esq.
>Moynahan & Minnella
>141 East Main Street
>P.O. Box 2242
>Waterbury, CT  06722-2242
>jkaloidis@moynahanlawfirm.com

/s/_____
Michel Bayonne

P:\LIT\MB\999999\001\00063465.DOC