UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, | : |
| | : CIVIL ACTION NO. |
| | : 3:07-CV-01212 (VLB) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE FERGUSON LIBRARY | : |
| a division of the City of Stamford, and | : |
| ERNEST DIMATTIA, | : |
| the President in his Official Position, | : |
| | : |
| Defendants. | : OCTOBER 15, 2007 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b) of the Federal Rules of Civil Procedure, the Defendants, by and through their undersigned counsel, request an extension of time of forty-five (45) days to up to and including November 29, 2007, to file its responsive pleading. This additional time is requested because the parties have agreed to discuss possible resolution of the matter without incurring further costs and fees, but Defendants do not wish to waive their right to file a Motion to Dismiss in the event resolution does not occur.

This is the Defendants' second request for an enlargement of time regarding this deadline. Plaintiff's counsel was contacted as to his position regarding this extension of time, and he agreed to a 30-day extension.

WHEREFORE, Defendants request that this motion be granted and that the Court award such other and further relief that it deems just and proper.

Done at Bridgeport, Connecticut, this 15th day of October, 2007.

/s/_____
Loraine M. Cortese-Costa (ct03984)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
Email: lcortese-costa@durantnic.com

Attorneys for Defendants

## CERTIFICATION

This shall certify that a copy of the foregoing motion was caused to be served via electronic mail upon the following counsel of record and pro se parties of record on this 15th day of October, 2007.

> Ioannis A. Kaloidis, Esq.
> Moynahan & Minnella
> 141 East Main Street
> P.O. Box 2242
> Waterbury, CT  06722-2242
> jkaloidis@moynahanlawfirm.com
>
> Brian Ku, Esq.
> Ku & Mussman, P.A.
> 11098 Biscayne Blvd., Suite 301
> Miami, FL 33161
> louis@kumussman.com

/s/_____
Loraine M. Cortese-Costa

P:\LIT\LCC\308500\025\00063733.DOC