UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, : | |
| an individual, : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:07-cv-01212 (VLB) |
| vs. : | |
| THE FERGUSON LIBRARY : | |
| a division of the City of Stamford, and : | |
| ERNEST DIMATTIA, : | |
| the President in his Official Position : | |
| Defendants. : | DECEMBER 11, 2007 |

## PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff, by and through undersigned counsel, hereby files its Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss and as grounds for this Motion, state the following:

1. Plaintiff filed his Complaint on August 8, 2007; and subsequently served Defendants, on August 24, 2007.

2. Defendants timely filed their Motion to Dismiss the Complaint on November 29, 2007.

3. Plaintiff's response to Defendant's Motion to Dismiss is due by December 20, 2007, pursuant to Docket Entry #20 entered on November 29, 2007.

4. Plaintiff, with Defendants' agreement, now asks this Court to grant a twenty (20) day extension of time through and including January 9, 2007, to respond to Defendants' Motion to Dismiss.

5. This motion is filed in good faith and not for the purposes of delay.

5. Granting this motion will not prejudice any of the parties to this action.

6. Plaintiff contacted counsel for Defendants regarding this motion and Defendants have agreed to this extension.

WHEREFORE, Plaintiff, Jose Ernesto Martinez, respectfully requests this Court enter an Order Granting Plaintiff a twenty (20) day extension of time to respond to Defendants' Motion to Dismiss up to and including January 9, 2007, and for such other relief as it deems necessary, just and proper.

Respectfully Submitted,

KU & MUSSMAN, P.A.
Attorneys for Plaintiff
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
Tel: (305) 891-1322
Fax: (305) 891-4512
louis@kumussman.com


By:/s/ Ioannis A. Kaloidis
    Ioannis A. Kaloidis (ct25510)
    KU & MUSSMAN, P.A.
    Attorneys for Plaintiff
    Of Counsel
    141 East Main Street
    P.O. Box 2242
    Waterbury, CT 06722-2242
    Tel: (203) 573-1411
    Fax: (203) 757-9313
    jkaloidis@moynahanlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Loraine M. Cortese-Costa, Esq., and Michel Bayonne, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa P.C. , 1057 Broad St., Bridgeport, CT 06604 on this 11th day of December, 2007.

By:/s/ Ioannis A. Kaloidis
     Ioannis A. Kaloidis (ct25510)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ERNESTO MARTINEZ, an individual, | : : : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:07-cv-01212 (VLB) |
| | : : | |
| vs. | : : | |
| THE FERGUSON LIBRARY a division of the City of Stamford, and ERNEST DIMATTIA, the President in his Official Position | : : : : : | |
| | : | |
| Defendants. | : : | DECEMBER 11, 2007 |

**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE, having come before the Court upon Plaintiff's, Jose Ernesto Martinez, Agreed Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED.

**DONE AND ORDERED** in Chambers this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record