UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, an individual, | Civil Action No.: 3:07-CV-01212 (VLB) |
| Plaintiff, | |
| v. | |
| FERGUSON LIBRARY and ERNEST DIMATTIA, | |
| Defendants. | DECEMBER 14, 2007 |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to D. Conn. L. Civ. R. 7(c), Defendants the Ferguson Library and its President, Ernest Dimattia (collectively, "Defendants"), respectfully move for partial reconsideration of this Court's Order dated December 6, 2007 (Order No. 25) granting Defendants' motions for extensions of time to object and/or respond to Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Document Requests and Plaintiff's First Request for Admissions ("Plaintiff's Discovery Requests"). The Court graciously granted an extension of up to January 14, 2008, however, it may have overlooked Defendants' primary request which was that the time for serving objections and/or responses to Plaintiff's Discovery Requests be extended until three weeks after this Court rules on Defendants' pending Motion to Dismiss for lack of subject matter

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

jurisdiction so that Defendants and potentially the Court not be required to engage in potentially needless discovery or associated disputes and to avoid the time and expense involved in doing so where the Court may ultimately determine that subject matter jurisdiction is lacking. *See Itoba Ltd. V. LEP Group,* 930 F. Supp. 36, 40 (D. Conn. 1996) (noting Order of Magistrate Margolis staying merits discovery pending resolution of any motions relating to lack of subject matter jurisdiction); *Stanford v. Kuwait Airways,* 648 F. Supp. 657, 659 (S.D.N.Y. 1986) (noting Second Circuit's grant of discovery stay pending decision on motion challenging subject matter jurisdiction.

Plaintiff's counsel was contacted regarding this request but does not consent.

WHEREFORE, Defendants request that the Court reconsider its Order granting Defendants only until January 14, 2008 to serve their objections and/or responses to Plaintiff's Discovery Requests and allow them until three weeks after this Court has ruled on Defendants' Motion to Dismiss, in the event Defendant's Motion to Dismiss is denied.

Done at Bridgeport, Connecticut this 14th day of December, 2007.

/s/_____
Loraine Cortese-Costa (ct03984)
Michel Bayonne (ct24628)
Durant, Nichols, Houston,
Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604
Telephone (203) 366-3438
Facsimile (203) 384-0317
lcortese-costa@durantnic.com
mbayonne@durantnic.com

ATTORNEYS FOR DEFENDANTS

## ORDER

The foregoing motion, having come before this Court, it is hereby ORDERED:

**GRANTED/DENIED**

_____
By the Court

## CERTIFICATION

This shall certify that a copy of the foregoing was caused to be served via electronic mail upon the following counsel of record and pro se parties of record this 14th day of December, 2007:

Ioannis A. Kaloidis, Esq.
Ku & Mussman, - CT
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722
Jkaloidis@moynahanlawfirm.com

Lou Mussman, Esq.
Ku & Mussman, P.A.
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
*Via Certified Mail*

/s/_____
Michel Bayonne

P:\lit\MB\308500\025\00064918.DOC