UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, an individual, | : : : |
| Plaintiff, | : CIVIL ACTION NO. : 3:07-cv-01212 (VLB) : |
| vs. | : : |
| THE FERGUSON LIBRARY a division of the City of Stamford, and ERNEST DIMATTIA, the President in his Official Position | : : : : : |
| Defendants. | : DECEMBER 28, 2007 : |

### **PLAINTIFF'S CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff, by and through undersigned counsel, hereby files its Consented To Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss and as grounds for this Motion, state the following:

1. Plaintiff filed his Complaint on August 8, 2007; and subsequently served Defendants, on August 24, 2007.

2. Defendants timely filed their Motion to Dismiss the Complaint on November 29, 2007.

3. On December 11, 2007, the Court granted Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss until January 9, 2008.

4. However, the parties are currently engaged in settlement negotiations and anticipate resolving this matter shortly.

5. Accordingly, Plaintiff, with Defendants' consent, now asks this Court to grant a forty

five (45) day extension of time through and including February 23, 2007, to respond to Defendants' Motion to Dismiss.

6. This motion is filed in good faith and not for the purposes of delay.

7. Granting this motion will not prejudice any of the parties to this action.

8. Plaintiff contacted counsel for Defendants regarding this motion and Defendants have consented to this extension.

WHEREFORE, Plaintiff, Jose Ernesto Martinez, respectfully requests this Court enter an Order Granting Plaintiff a forty five (45) day extension of time to respond to Defendants' Motion to Dismiss up to and including February 23, 2008, and for such other relief as it deems necessary, just and proper.

Respectfully Submitted,

KU & MUSSMAN, P.A.
Attorneys for Plaintiff
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
Tel: (305) 891-1322
Fax: (305) 891-4512
louis@kumussman.com

By:/s/ Ioannis A. Kaloidis
    Ioannis A. Kaloidis (ct25510)
    KU & MUSSMAN, P.A.
    Attorneys for Plaintiff
    Of Counsel
    141 East Main Street
    P.O. Box 2242
    Waterbury, CT 06722-2242
    Tel: (203) 573-1411
    Fax: (203) 757-9313
    jkaloidis@moynahanlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Loraine M. Cortese-Costa, Esq., and Michel Bayonne, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa P.C. , 1057 Broad St., Bridgeport, CT 06604 on this 28th day of December, 2007.

By:/s/ Ioannis A. Kaloidis
    Ioannis A. Kaloidis (ct25510)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ERNESTO MARTINEZ, an individual, | : : : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:07-cv-01212 (VLB) |
| | : : | |
| vs. | : : | |
| THE FERGUSON LIBRARY a division of the City of Stamford, and ERNEST DIMATTIA, the President in his Official Position | : : : : : : | |
| | : | |
| Defendants. | : : | DECEMBER 28, 2007 |

### ORDER GRANTING PLAINTIFF'S CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

THIS CAUSE, having come before the Court upon Plaintiff's, Jose Ernesto Martinez, Consented To Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED.

**DONE AND ORDERED** in Chambers this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record