UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, | : |
| | : CIVIL ACTION NO. |
| | : 3:07-CV-01212 (VLB) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE FERGUSON LIBRARY, | : |
| ERNEST DIMATTIA, | : |
| | : |
| Defendants. | : JANUARY 3, 2008 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b) of the Federal Rules of Civil Procedure, the Defendants, by and through their undersigned counsel, request an extension of time of forty-five (45) days up to and including February 28, 2008, to serve their objections and/or responses to Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production and Plaintiff's Request for Admissions. This additional time is requested because the parties have agreed to discuss possible resolution of this matter without incurring further costs and fees.

This is the Defendants' second request for an enlargement of time regarding this deadline. Plaintiff's counsel was contacted as to his position regarding this extension of time, and he agreed to said extension.

WHEREFORE, Defendants request that this motion be granted and that the Court award such other and further relief that it deems just and proper.

Done at Bridgeport, Connecticut, this 3rd day of January, 2008.

/s/ _____
Loraine M. Cortese-Costa (ct03984)
Michel Bayonne (ct 24628)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
Email: lcortese-costa@durantnic.com
mbayonne@durantnic.com

Attorneys for Defendants

## CERTIFICATION

This shall certify that a copy of the foregoing motion was caused to be served via electronic mail upon the following counsel of record and pro se parties of record on this 3rd day of January, 2008.

    Ioannis A. Kaloidis, Esq.
    Moynahan & Minnella
    141 East Main Street
    P.O. Box 2242
    Waterbury, CT 06722-2242
    jkaloidis@moynahanlawfirm.com

    Brian Ku, Esq.
    Ku & Mussman, P.A.
    11098 Biscayne Blvd., Suite 301
    Miami, FL 33161
    louis@kumussman.com

                                             /s/_____
                                             Michel Bayonne

P:\LIT\LCC\308500\025\00063733.DOC