UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ERNESTO MARTINEZ, | : | |
| an individual, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:07-cv-01212 (VLB) |
| | : | |
| vs. | : | |
| | : | |
| THE FERGUSON LIBRARY | : | |
| a division of the City of Stamford, and | : | |
| ERNEST DIMATTIA, | : | |
| the President in his Official Position | : | |
| | : | |
| Defendants. | : | FEBRUARY 22, 2008 |
| | : | |

### PLAINTIFF'S THIRD CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff, by and through undersigned counsel, hereby files its Third Consented To Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss and as grounds for this Motion, state the following:

1. Plaintiff filed his Complaint on August 8, 2007; and subsequently served Defendants, on August 24, 2007.

2. Defendants timely filed their Motion to Dismiss the Complaint on November 29, 2007.

3. On December 11, 2007, the Court granted Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss until January 9, 2008.

4. On January 2, 2008, the Court granted Plaintiff's second request for an extension of time to respond to Defendant's Motion to Dismiss until February 23, 2008.

5. However, the parties are still negotiating settlement, finalizing the agreement, have

exchanged drafts of the terms and expect to have a completed settlement agreement within ten (10) business days.

6. Accordingly, Plaintiff, with Defendants' consent, now asks this Court to grant a ten (10) business day extension of time through and including March 10, 2008, to respond to Defendants' Motion to Dismiss.

7. This motion is filed in good faith and not for the purposes of delay.

8. Granting this motion will not prejudice any of the parties to this action.

9. Plaintiff contacted counsel for Defendants regarding this motion and Defendants have consented to this extension.

WHEREFORE, Plaintiff, Jose Ernesto Martinez, respectfully requests this Court enter an Order Granting Plaintiff a ten (10) business day extension of time to respond to Defendants' Motion to Dismiss up to and including March 10, 2008, and for such other relief as it deems necessary, just and proper.

Respectfully Submitted,

KU & MUSSMAN, P.A.
Attorneys for Plaintiff
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
Tel: (305) 891-1322
Fax: (305) 891-4512
louis@kumussman.com

By:/s/ Ioannis A. Kaloidis

Ioannis A. Kaloidis (ct25510)
KU & MUSSMAN, P.A.
Attorneys for Plaintiff
Of Counsel
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722-2242
Tel: (203) 573-1411
Fax: (203) 757-9313
jkaloidis@moynahanlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Loraine M. Cortese-Costa, Esq., and Michel Bayonne, Esq., Durant, Nichols, Houston, Hodgson & Cortese-Costa P.C. , 1057 Broad St., Bridgeport, CT 06604 on this 22nd day of February, 2008.

By:/s/ Ioannis A. Kaloidis
    Ioannis A. Kaloidis (ct25510)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, an individual, | : <br> : <br> : CIVIL ACTION NO. |
| Plaintiff, | : 3:07-cv-01212 (VLB) <br> : |
| vs. | : <br> : |
| THE FERGUSON LIBRARY a division of the City of Stamford, and ERNEST DIMATTIA, the President in his Official Position | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**ORDER GRANTING PLAINTIFF'S THIRD CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE, having come before the Court upon Plaintiff's, Jose Ernesto Martinez, Third Consented To Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED.

**DONE AND ORDERED** in Chambers this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record