UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ERNESTO MARTINEZ, | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:07-CV-01212 (VLB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE FERGUSON LIBRARY, | : | |
| ERNEST DIMATTIA, | : | |
| | : | |
| Defendants. | : | MARCH 5, 2008 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the Defendants, by and through their undersigned counsel, request an extension of time of fourteen (14) days up to and including March 24, 2008, to serve their objections and/or responses to Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production and Plaintiff's Request for Admissions. This additional time is requested because the parties are near completion of settlement negotiations and require the additional time to finalize the terms of a settlement agreement.

This is the Defendants' fourth request for an enlargement of time regarding this deadline. Plaintiff's counsel was contacted as to his position regarding this extension of time, and he agreed to said extension.

WHEREFORE, Defendants request that this motion be granted.

Done at Bridgeport, Connecticut, this 5th day of March, 2008.

/s/_____
Loraine M. Cortese-Costa (ct03984)
Michel Bayonne (ct 24628)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
Email: lcortese-costa@durantnic.com
mbayonne@durantnic.com

Attorneys for Defendants

## CERTIFICATION

This shall certify that a copy of the foregoing motion was caused to be served via electronic mail upon the following counsel of record and pro se parties of record on this 5th day of March, 2008.

Ioannis A. Kaloidis, Esq.
Moynahan & Minnella
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722-2242
jkaloidis@moynahanlawfirm.com

Brian Ku, Esq.
Ku & Mussman, P.A.
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
louis@kumussman.com

/s/_____
Michel Bayonne

P:\lit\MB\308500\025\00066426.DOC

3