UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60674-CIV-DIMITROULEAS

ACCESS FOR THE DISABLED, INC.
and ROBERT COHEN,

    Plaintiffs,

v.

GATEWAY FLORIDA PROPERTIES, INC. and
BRINKER FLORIDA, INC.,

_____/

## OMNIBUS ORDER ON MAY 27, 2003 HEARING; RESETTING CALENDAR CALL

THIS CAUSE is before the Court upon Defendant Gateway Florida Properties, Inc.'s Motion for Summary Judgment [DE 42], Defendant Brinker Florida, Inc.'s Motion for Summary Judgment [DE 43], Plaintiffs' Response, Defendant Brinker Florida, Inc.'s Motion for Enlargement of Pretrial Deadlines and to Continue Trial [DE 47] and Plaintiffs' Response [DE 53]. After a May 27, 2003, hearing on all of the above matters, the Court has carefully considered the oral arguments of counsel, the motions and responses, and being otherwise fully advised in the premises, for the reasons set forth on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Gateway Florida Properties, Inc.'s Motion for Summary Judgment [DE 42] and Defendant Brinker Florida, Inc.'s Motion for Summary Judgment [DE 43] are hereby **DENIED WITHOUT PREJUDICE,** with leave to request permission to file additional summary judgment motions after the pretrial deadline.

2. Defendant Brinker Florida, Inc.'s Motion for Enlargement of Pretrial Deadlines and to Continue Trial [DE 47] is **DENIED WITHOUT PREJUDICE.**

3. This case remains set for trial on the two-week calendar commencing Monday, June 30, 2003; however, counsel for all parties shall appear at a calendar call commencing at 10:00 o'clock A.M. on Friday, June 27, 2003. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 203E at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Todd W. Shulby, Esq.
Julie Reby Waas, Esq.
Sheri Alter, Esq.