UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE ERNESTO MARTINEZ, : | |
| : | CIVIL ACTION NO. |
| : | 3:07-CV-01212 (VLB) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| THE FERGUSON LIBRARY, : | |
| ERNEST DIMATTIA, : | |
| : | |
| Defendants. : | MARCH 28, 2008 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b) of the Federal Rules of Civil Procedure, the Defendants, by and through their undersigned counsel, request an extension of time of fifteen (15) days up to and including April 22, 2008, to file their reply to Plaintiff's Opposition to Defendant's Motion to Dismiss filed on March 24, 2008. This additional time is requested because the undersigned will be out of the office the week of March 31, 2008, and the additional time will allow for a sufficient response.

This is the Defendants' first request for an enlargement of time regarding this deadline. Plaintiff's counsel was contacted as to his position regarding this extension of time, and he agreed to said extension.

WHEREFORE, Defendants request that this motion be granted and that the Court award such other and further relief that it deems just and proper.

Done at Bridgeport, Connecticut, this 28th day of March, 2008.

/s/ _____
Michel Bayonne (ct 24628)
DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, P.C.
1057 Broad Street
Bridgeport, CT 06604
Tel: (203) 366-3438
Fax: (203) 384-0317
mbayonne@durantnic.com

Attorneys for Defendants

# CERTIFICATION

This shall certify that a copy of the foregoing motion was caused to be served via electronic mail upon the following counsel of record and <u>pro</u> <u>se</u> parties of record on this 28th day of March, 2008.

    Ioannis A. Kaloidis, Esq.
    141 East Main Street
    P.O. Box 2242
    Waterbury, CT 06722-2242
    jkaloidis@moynahanlawfirm.com

    Ku & Mussman, P.A.
    11098 Biscayne Blvd., Suite 301
    Miami, FL 33161
    louis@kumussman.com

                                                                   /s/_____
                                                                   Michel Bayonne

P:\LIT\MB\308500\025\00066851.DOC